| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Kelsey Luu (SBN 315593)<br>KLuu@aldridgepite.com<br>Joseph C. Delmotte (SBN 259460)<br>jdelmotte@aldridgepite.com<br>**ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858)750-7600<br>Facsimile: (619) 590-1385 | FOR COURT USE ONLY |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for: Movant* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>STEPHEN L. BURTON, | CASE NO.: 1:15-bk-13827-MB<br><br>CHAPTER: 13 |
| | **DECLARATION OF <u>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4</u>**<br>**RE: DEFAULT UNDER ADEQUATE PROTECTION ORDER; REQUEST FOR ENTRY OF ORDER GRANTING RELIEF FROM STAY** |
| | DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
| Debtor(s). | |

I, (*print name of declarant*),Sasha L Anderson, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. On July 18, 2017, the court entered an order conditioning continuation of the automatic stay in the above-entitled bankruptcy case on the performance by the Debtor of certain obligations for the benefit of (*name of Movant*) Wells Fargo Bank N.A. as servicing agent for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-4, (Adequate Protection Order). A true and correct copy of the Adequate Protection Order is attached hereto as Exhibit "A."

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 4001-1.DEC.DEFAULT.ADEQ**

3. I have knowledge regarding the Debtor's performance (or lack of performance) under the terms of the Adequate Protection Order because (*specify*):

☐ I am the party for whose benefit the Adequate Protection Order was entered (Movant), and the Adequate Protection Order required the Debtor to make payments directly to me.

☐ I am counsel for the Movant and the Adequate Protection Order required the Debtor to make payments directly to me.

☒ I am employed as a <u>Vice President Loan Documentation</u> for the Movant and, as such, am one of the custodians of the books, records and files of Movant that relate to payments received from the Debtor. I have personally worked on those books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

☐ Other (*specify*): I am employed as a _____ of Wells Fargo Bank, N.A. ("Wells Fargo") and, in such capacity, I am authorized to make this declaration regarding the loan that is the subject of the aforementioned Adequate Protection Order (the "Loan"). I have access to Wells Fargo's books and records regarding the Loan, including Wells Fargo's servicing records and copies of the applicable Loan documents. I am familiar with the manner in which Wells Fargo maintains its books and records, including computer records relating to the servicing of the ------ Debtor's/Debtors' Loan. Wells Fargo's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by Wells Fargo in the regular course of Wells Fargo's business. Wells Fargo relies on such records in the ordinary course of its business.

4. The Debtor defaulted upon his/her/its obligations under the Adequate Protection Order by (*specify*):

☒ Failing to make the December 2017 through February 2018, post-petition payments in the amount of $1,781.49 each, the November 2017 and December 2017, additional payments in the amount of $1,575.23 each, and the January 2018 additional payment in the amount of $ $1,575.21 each. The total amount past due under the adequate protection order is $8,494.93, which reflects credit of $1,575.21 in suspense as of May 21, 2018.

☐ Failing to provide evidence of the existence of insurance coverage required under the terms of the Adequate Protection Order in a timely manner.

☒ Other (*specify*): As of May 21, 2018 no funds have been receive to cure the default. The March 2018 post-petition payment in the amount of $1,781.49, and the April 2018 post-petition payment in the amount of $1,792.61 and May 2018 post-petition payments in the amount of $1,876.13 have now come due. The total amount past due under the adequate protection order is $13,945.16, which includes a credit of $1,575.21 in debtor suspense.

5. ☒ a. Movant caused a notice of default (Notice) identifying the default(s) referenced in paragraph 4 above to be served on the Debtor on (*date*) *February 12, 2018* A true and correct copy of the Notice is attached hereto as Exhibit "B."

   ☐ b. Movant was not required to serve a notice of the default specified in paragraph 4, because the Adequate Protection Order only required Movant to serve a maximum of (*number*) _____ notices of default and Movant had already served the required number of notices of default (collectively the "Notices") at the time the default specified in paragraph 4 occurred. Copies of all of the Notices are attached hereto as Exhibit "B."

6. Debtor failed to cure the defaults identified in the Notice within the cure period established by the Adequate Protection Order.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 4001-1.DEC.DEFAULT.ADEQ**

7. In light of the foregoing, under the terms of the Adequate Protection Order, Movant is entitled to relief from the automatic stay. Concurrently herewith, Movant is lodging a proposed form of order granting Movant relief from the automatic stay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

05/23/2018                    Sasha L Anderson
Date                          Printed name

Vice President Loan Documentation
Wells Fargo Bank NA servicer for U.S. Bank National
Association, as Trustee for Structured Asset
Investment Loan Trust Mortgage Pass-Through
Certificates, Series 2006-4,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 3                    **F 4001-1.DEC.DEFAULT.ADEQ**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled: **DECLARATION OF <u>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4</u> RE: DEFAULT UNDER ADEQUATE PROTECTION ORDER; REQUEST FOR ENTRY OF ORDER GRANTING RELIEF FROM STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 25, 2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**<u>U.S. TRUSTEE:</u>** ustpregion16.wh.ecf@usdoj.gov
**<u>ATTORNEY FOR DEBTOR:</u>** PRO SE
**<u>TRUSTEE:</u>** Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On <u>May 25, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>PRESIDING JUDGE:</u>** Honorable Martin R. Barash, 21041 Burbank Boulevard, Suite 342 / Courtroom 303  Woodland Hills, CA 91367
**<u>DEBTOR:</u>** Stephen L. Burton, 6452 Gaynor Ave., Van Nuys, CA 91406

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 25, 2018</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| <u>May 25, 2018</u> | PATRICIA A. MCDONALD | <u>/s/Patricia A. McDonald</u> |
|---|---|---|
| Date | Printed name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 4                          **F 4001-1.DEC.DEFAULT.ADEQ**