Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| IN RE:<br><br>Stephen L. Burton<br><br>                              Debtor | CHAPTER 13 CASE NO.  1:15-bk-13827-MT<br><br>NOTICE OF INTENT TO PAY CLAIM<br>(Change of Creditor Address) |
|---|---|

   NOTICE IS HEREBY GIVEN TO DEBTOR AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the below listed Creditor has changed its address. The Trustee intends to pay claims of the following Creditor at the new address listed below unless objection is made to the Clerk of the Court at Clerk of the Court, 21041 Burbank Blvd., Woodland Hills, CA  91367-1367 AND to the Chapter 13 Trustee at the above address, by the Debtor, Creditor or any other party in interest within fifteen (15) days from the date of this notice.

| PREVIOUS ADDRESS | CURRENT ADDRESS |
|---|---|
| John Keith Seals<br>21604 Ridgefield Court<br>Saugus, CA  91350 | JOHN KEITH SEALS<br>1388 North Willowick Avenue<br>Eagle, ID  83616 |

THE ABSENCE OF A WRITTEN OBJECTION, TIMELY FILED WITH THE COURT AND PROPERLY SERVED, IS DEEMED AN APPROVAL BY THE DEBTOR, CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIMS AS LISTED ABOVE.

DATE:  May 02, 2019                                                      /s/  Elizabeth F. Rojas
                                                                                              Elizabeth F. Rojas, TRUSTEE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, 15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403, and that on May 02, 2019, I served the within document(s) on all parties in interest listed below, by placing a true copy of thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows:

Stephen L. Burton
6452 Gaynor Ave
Van Nuys, CA 91406

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-1367

John Keith Seals
21604 Ridgefield Court
Saugus, CA 91350

JOHN KEITH SEALS
1388 North Willowick Avenue
Eagle, ID 83616

Executed at Sherman Oaks, California on May 02, 2019.

/s/ Ellen Latsch

Ellen Latsch
Claims Administrator